JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. LACV13-08963 WDK(PLAx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **LINDA BUZO, et al.,** | |
| Defendant. | |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendant Linda Buzo, individually and d/b/a Buzo's Video, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendant Linda Buzo, individually and d/b/a Buzo's Video, as follows:

   (a)   defendant Linda Buzo, individually and d/b/a Buzo's Video, shall pay the plaintiff, J & J Sports Productions, Inc., $12,100.00 in total damages plus attorneys' fees in the amount of $1,326.00 plus costs.

1     IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2 mail or by telefax or by email, copies of this Judgment on counsel for the
3 defendant or the pro se defendant in this matter.

Dated: January 5, 2015

_____
William Keller
United States District Judge

- 2 -